```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO.  00-6345
```



                    18 U.S.C. § 2252A(a)(1)
                    18 U.S.C. § 2252A(a)(2)(A)
                    18 U.S.C. § 2252A(a)(5)(B)

**CR - DIMITROULEAS**

UNITED STATES OF AMERICA,   )
                            )      **MAGISTRATE JUDGE**
            Plaintiff,      )           **SNOW**
        v.                  )
                            )
GARRY TODD LEFTON,          )
                            )
            Defendant.      )
_____)

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about September 3, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**GARRY TODD LEFTON,**

did knowingly transport and ship, in interstate and foreign commerce, by computer, child pornography, that is: visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct; all in violation of Title 18, United States Code, Section 2252A(a)(1).



COUNT II

On or about September 3, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**GARRY TODD LEFTON,**

did knowingly distribute child pornography, that is: visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, that had been shipped and transported in interstate and foreign commerce by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

COUNT III

From at least as early as September 3, 2000, through on or about October 24, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**GARRY TODD LEFTON,**

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, and which were produced using materials that had been transported and shipped in interstate and foreign commerce, depicting minors engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct

and which visual depictions were of such conduct; all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

_Leonard Potl_
FOREPERSON

_Steven R. Petn_ (for)
GUY A. LEWIS
UNITED STATES ATTORNEY

_Kathleen Rice_
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

- 3 -

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

<u>GARRY TODD LEFTON</u>

**Superseding Case Information**:

**Court Division:** (Select One)

New Defendant(s)      Yes ____  No ____
Number of New Defendants ____
Total number of counts ____

____ Miami   ____ Key West
_X_ FTL     ____ WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)  __no__
   List language and/or dialect _____

4. This case will take __3-4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       __X__      Petty       ____
   II   6 to 10 days      ____       Minor       ____
   III  11 to 20 days     ____       Misdem.     ____
   IV   21 to 60 days     ____       Felony      __X__
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of __November 22, 2000__
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

\*Penalty Sheet(s) attached                             REV.6/27/00

## PENALTY SHEET

**Defendant's Name** GARRY TODD LEFTON    **Case No.** _____

================================  ==========================================

Count #: 1

TRANSPORTATION OF CHILD PORNOGRAPHY IN INTERSTATE COMMERCE BY COMPUTER

18 U.S.C. § § 2252A(a)(1)

**Max. Penalty:**   15 YEARS' IMPRISONMENT; $250,000 FINE

Count #: 2

DISTRIBUTION OF CHILD PORNOGRAPHY BY COMPUTER

18 U.S.C. § § 2252A(a)(2)

**Max. Penalty:**   15 YEARS' IMPRISONMENT; $250,000 FINE

Count #: 3

POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

18 U.S.C. § § 2252A(a)(5)(B)

**Max. Penalty:**   5 YEARS' IMPRISONMENT; $250,000 FINE

Count #:

**Max. Penalty:**

Count #.

**Max. Penalty:**

Count #:

**Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

*THE UNITED STATES OF AMERICA*

vs.

GARRY TODD LEFTON

## INDICTMENT

18 USC § 2252a(a)(1)
18 USC § 2252A(a)(2)(A)
18 USC § 2252A(a)(5)(B)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*A.D. 19* _____

_____
*Clerk*

*Bail, $* _____