## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: GARRY TODD LEFTON (J) | CASE NO: 00-6345-CR-DIMITROULEAS |
| AUSA: KATHLEEN RICE | ATTY: CHRISTOPHER GRILLO pres (temp) |
| AGENT: | VIOL: 18:2252A(a)(1) |
| PROCEEDING: I/A ON INDICTMENT | RECOMMENDED BOND: 25,000 CORPORATE SURETY |
| BOND HEARING HELD - yes / given | COUNSEL APPOINTED: |
| BOND SET @: 200,000 PSB stipulated | To be cosigned by: |

FILED by __ D.C.
DEC 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Deft advised of
Charges - temp oral
present

- [x] Do not violate any law.
- [x] Appear in court as directed.
- [x] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- [x] Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- [x] Maintain or seek full - time employment.
- [x] No contact with victims / witnesses. *illegal*
- [x] No excessive alcohol/drugs
- [ ] No firearms.
- [x] No Contact w/minor including
- [ ] Curfew: Classroom, excluding own child
- [x] No use of internet home/work
- [ ] Travel extended to: _____
- [x] NO Computer @ residence
- [ ] Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 1-9 | 11 | SNOW | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN: OR REMOVAL: | 1-9 | 11 | SNOW | |
| STATUS CONFERENCE: | | | | |

DATE: _____ TIME: 11:00 FTL/BSS TAPE # 00 - 102 Begin: 500 End: 822

