UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6345-CR-WPD

    Plaintiff,  MAG. SELTZER

v.

GARRY LEFTON,

    Defendant.

_____/

FILED by ___ D.C.
DEC 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

    PLEASE ENTER the appearance of CHRISTOPHER A. GRILLO, as Counsel of Record for the Accused, GARRY LEFTON, for the purposes of bond only in the above styled case, and to forward any and all further correspondence or materials to the addresss below mentioned.

DATED: December 29, 2000

    Respectfully submitted,

    CHRISTOPHER A. GRILLO, P.A.
    Counsel for Accused
    Southtrust Tower, Suite 700
    1 East Broward Boulevard
    Fort Lauderdale, FL 33301
    (954) 524-1125
    Florida Bar No. 302661

