0-cr-06345-WPD Document 7 Entered on FLSD Docket 01/04/2001 P

AO 442 (Rev. 12/85) Warrant for Arrest AUSA RICE/SPECIAL AGENT CONDON (FDLE)

# United States District Court

SOUTHERN DISTRICT OF FLORIDA 529826

UNITED STATES OF AMERICA

V.

GARRY TODD LEFTON

00-6345

**WARRANT FOR ARREST**

CASE NUMBER: CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GARRY TODD LEFTON

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
TRANSPORTATION AND DISTRIBUTION OF CHILD PORNOGRAPHY BY COMPUTER, AND POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

in violation of Title 18 United States Code, Section(s) 2252A(a)(1), 2252A(a)(2) and 2252A(a)(5)(B)

**Clarence Maddox**
**Name of Issuing Officer**

**Court Administrator/Clerk of the Court**
**Title of Issuing Officer**

Issuing Officer

12/14/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 25,000 Corporate Surety Bond by LURANA S. SNOW MAGISTRATE JUDGE
Name of Judicial Officer

'01 JAN -3 A9:31

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Detainer pick up from BSO | | |
| DATE RECEIVED 12/14/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, U.S. Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
| DATE OF ARREST 12/29/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

