## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | GARY TODD LEFTON (B) | CASE NO: | 00-6345-CR-DIMITROULEAS |
| AUSA: | KATHLEEN RICE | ATTY: | Kathleen Grilli |
| AGENT: | | VIOL: | |
| PROCEEDING: | INQ RE CNSL / ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by ___ D.C.
JAN 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

new temp cnsl asked for add'l time - granted

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 2-7 | 11 | SNOW | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN/ OR REMOVAL: | 2-7 | 11 | Snow | |
| STATUS CONFERENCE: | | | | |
| DATE: 1/17/01  TIME: 11:00  FTL/LSS TAPE # 01 - 005  Begin: 11:22  End: 12:11 | | | | |

