COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | GARY TODD LEFTON (B) | CASE NO: | 00-6345-CR-Dimitrouleas |
| AUSA: | KATHLEEN RICE *not present* | ATTNY: | KATHLEEN GRILLI *present* |
| AGENT: | Washington | VIOL: | *present + perm* |
| PROCEEDING: | INQUIRY RE COUNSEL/ ARRAIGNMENT | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ____ D.C.
INTAKE
FEB 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. - FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone, ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(12) ____ Halfway House
    ____ Electronic Monitoring

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standard Discovery Order requested

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 3-7-01   11:00 am   LSS

DATE: 2-20-01     TIME: 11:00am     TAPE # 01-008     PG # 2

671-