

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6345-CR-Dimitrouleas

UNITED STATES OF AMERICA

    vs
Gary Todd Lefton

ARRAIGNMENT INFORMATION SHEET

    The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    2-20-01    , where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:        Address:___See Bond_____

                      _____

                    Telephone:_____

DEFENSE COUNSEL:   Name:_____Kathleen Grilli_____

                    Address:_____

                      _____

                    Telephone:_____

BOND SET/CONTINUED:  $___Cont'd on bond as set_____

Bond hearing held:  yes_____ no_____ Bond hearing set for_____

Dated this___20___day of _February_____, 20_01_.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____
Deputy Clerk

Tape No.___01-008_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

