UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO .00-6345-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARRY TODD LEFTON,

    Defendant.
_____/

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

GRILLI & CORVATO, P. A., through the undersigned attorney, file this notice of appearance as counsel for the above named defendant. Counsel agree to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby state that this appearance is unconditional and in conformity with the requirements of Local General Rule 11,1 (D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant of the right to appeal, to file a timely notice of appeal if requested to do so by the defendant and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

Dated this 20th day of February, 2001.

                GRILLI & CORVATO, P.A.
                Attorneys for Defendant
                2455 Hollywood Blvd.
                Hollywood, Florida 33020
                (954) 453-1177
                Facsimile (954) 453-1177

                By: _____
                    Kathleen Cooper Grilli
                    Florida Bar No. 727199

The undersigned defendant hereby consents to the representation of the above counsel.

                _____
                GARRY TODD LEFTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered this __20th__ day of February, 2001 to Kathleen Rice, AUSA, 500 E. Broward Blvd., Fort Lauderdale, FL 33394.

Grilli & Corvato, P.A.
Attorneys for Defendant
2455 Hollywood Boulevard
Hollywood, FL 33020
Tel: (954) 453-1177
Fax (954) 453-1179

_____
Kathleen Cooper Grilli
Florida Bar No. 727199