HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __GARY TODD LEFTON_____ CASE NO: __00-6345-CR-DIMITROULEAS__
AUSA __KATHLEEN RICE__ /Bardfeld/ ATTY __KATHLEEN GRILLI__ – pres

Disc rec'd - No pending motions
M/ continue to be filed             01-017 #2349

DEFT __MICHAEL SHIN-LOY_____ CASE NO: ~~01-6019-CR-DIMITROULEAS~~
AUSA ~~JEFF KAY~~ Roseubaum /Bardfeld/ ATTY __TOM AUSTIN__ Murry Halpen

Disc rec'd - Trial set 3/26
M/ to cont will be requested @ Cal call. @ 2368
3-16 m/due

DEFT __GUSTAVO RABAZA_____ CASE NO: ~~01-6361-CR-DIMITROULEAS~~
AUSA __DON CHASE__ /Bardfeld/ ATTY __KATHLEEN GRILLI__ – pres

Disc rec'd - more coming
M/ to continue to be ~~typed~~ filed  @ 2428

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __3/7/01_____ TIME __11:00_____