UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6345-~~CIV~~-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

GARY TODD LEFTON, :

    Defendant. :
_____

**STATUS REPORT**

A status conference was held in this cause on March 7, 2001. At that conference, the parties informed the Court as follows:

1. Discovery has been provided, and counsel for the defendant has arranged to view the physical evidence.

2. Defense counsel will be requesting a continuance of the trial and an extension of time within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this _8th_ day of March, 2001.

                                      _____
                                      LURANA S. SNOW
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
Kathleen Cooper-Grilli, Esq.

