## CRIMINAL MINUTES



FILED by ___ D.C.
MAR 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6345-CR-WPD     DATE: March 23, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA vs. Gary Todd Reston

U.S. ATTORNEY: Kathleen Rice     DEFT. COUNSEL: Kathleen Shilli

REASON FOR HEARING: Calendar call / status conf.

RESULT OF HEARING: Deft's motion to continue is granted - Court resets the case and finds the time from today until trial deemed excludable.

will move to be with change in 5/9 & reflected in written order

CASE CONTINUED TO: 5/11/01     TIME: 9:00     FOR: Cal Call
MISC: 5/4/01     2 week trial period.

