UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. 00-6345-CR-DIMITROULEAS

v.

GARY TODD LEFTON
_____/

### DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant, Gary Todd Lefton, through his undersigned counsel, moves for a continuance of the trial presently set on the Court's May 14, 2001 calendar on the following grounds:

1. This matter is presently set for trial on the court's May 17, 2001 trial calendar.

2. Counsel for the Defendant would like to attend an out-of town business conference with her husband during the week of May 14th. The following week, counsel's partner will be out of town on her honeymoon and counsel will be responsible for handling all previously scheduled court hearings for the firm.

3. As a result of the aforementioned, counsel would request a brief continuance of this matter. The Defendant does not oppose counsel's request.

4. Counsel has contacted Assistant United States Attorney Kathleen Rice regarding this motion but was not able to speak to her. Ms. Rice's secretary advised that she is out of the office until Wednesday.

WHEREFORE, Defendant, Gary Todd Lefton, respectfully requests this court to



CASE NO. 00-6345-CR-DIMITROULEAS

enter an order continuing the trial for this cause for a period of two weeks..

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of May, 2001 to Kathleen Rice, Assistant United States Attorney, 500 East Broward Blvd., Suite 700, Fort Lauderdale, FL 33394.

> GRILLI & CORVATO, P.A.
> Attorney for Defendant
> 2455 Hollywood Boulevard
> Hollywood, FL 33020
> Tel: (954) 453-1177
> Fax: (954) 453-1179
>
> Kathleen Cooper Grilli
> Florida Bar No. 727199

2