UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6345-CR-DIMITROULEAS

Plaintiff,

vs.

GARY TODD LEFTON,

Defendant.
_____/

### ORDER DENYING DEFENDANT'S
### MOTION TO CONTINUE TRIAL

THIS CAUSE having come before this Court on Defendant's Motion To Continue Trial [DE-24], and the Court having reviewed the file and being otherwise advised as to its premises, it is hereby

ORDERED that Defendant's Motion to Continue Trial is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of May, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Kathleen Cooper-Grilli
2455 Hollywood Boulevard
Hollywood, FL 33020

Kathleen Rice, AUSA