**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6345-CR-WPD     DATE: May 9, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS. Gary Todd Kufton

U.S. ATTORNEY: Kathleen Rice     DEFT. COUNSEL: Kathleen Grilli

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue is granted. Court resets the hearing and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 5/25/01     TIME: 9:00     FOR: Call Call
MISC: 5/29/01     9:00 2 week trial period