## CRIMINAL MINUTES

FILED by _____ D.C.
MAY 2 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6345-Cr-WPD     DATE: May 25, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Gary Todd Lipton

U.S. ATTORNEY: _McWilliams, Pria_    DEFT. COUNSEL: _McWilliams, Krill_

REASON FOR HEARING: Change of Plea.

RESULT OF HEARING: Oyez Sutra aid questioned by the Court. Wants to enter guilty plea to Count 3. Gov't agrees to dismiss Counts 1 & 2 at time of Sentencing. Court accepts guilty plea & deft is adjudicated guilty.

CASE CONTINUED TO: 8/3/01    TIME: 1:30    FOR: Sentencing
MISC: Written plea agreement filed.