UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 00-6345-CR-DIMITROULEAS

v.

GARY TODD LEFTON
_____/

## NOTICE OF FILING

Defendant, Gary Lefton, through his counsel, herby gives notice of filing of the following:

1) Letter dated July 15, 2001 from Victor and Anita Lefton

2) Letter dated July 16, 2001 from Frederick Holder

3) Letter dated July 22, 2001 from Patricia Barry

4) Letter dated July 20, 2001 from Hesterine Pittman- Rolle

5) Letter dated July 20, 2001 from Yvonne Perry

6) Letter dated July 18, 2001 from Rebeka Martin

7) Letter dated July 20, 2001 from Barbara Jackson

8) Letter dated July 17, 2001 from Daniel E. McMurtrie

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed
this ___ day of ___ 2001 to Kathleen Rice, Assistant United States Attorney, 500 East
Broward Blvd., Suite 700, Fort Lauderdale, FL 33394.

GRILLI & CORVATO, P.A.
Attorneys for Defendant
2455 Hollywood Blvd.
Hollywood, Florida 33020
(954) 483-1177
By:_____
Kathleen Cooper Grilli
Florida Bar No. 727199

July 15, 2001

To Whom It May Concern:

Curiousity killed the cat, it also destroyed our son Garry's future. Our granddaughter is a bright, "tell it like it is," happy child. She has been through to much for her young years.

Garry was an easy child to raise. He got straight A's in elementary school except in handwriting. High school was the same - good grades and good friends.

His first job was delivering the North Dade Journal at age 12, then the Miami Herald. From then, on through Norland High School and the University of South Florida he had lots of jobs during the summers and Christmas vacations. They were with Grand Union Supermarket, Gold Triangle Department Store, Trash pick up for the City of North Miami Beach and in the Computer Department at the University of South Florida.

He had lots of friends, most of whom have moved out of Florida. He was always a "Soft Touch" and I'm sure he would have a nice nest egg now if he had been reimbursed. This all happened when he lived at home. I'm sure, he was still giving money to anyone who needed it when he was on his own.

Garry really loves teaching. He was so excited when he got through to a student on any subject. He had the chance after 18 years of teaching in the inner city to move to a school district with more funds, air conditioned buildings, etc., but he always thought he could make a difference in one more student.

He has been teaching for 22½ years - He lost everything.

His only interest's are raising LeeAnn, teaching, working in the garden and fixing up his home.

GARRY WENT THROUGH A LONG PERIOD OF NOT
BEING ABLE TO SLEEP. I ASKED HIM TO JOIN A
GYM - WORK OUT IF YOU CAN'T SLEEP. HE USED TO
LOVE JOGGING WHEN HE WAS IN COLLEGE. HE NEEDS
TO LOSE WEIGHT. HE HAS HIGH BLOOD PRESSURE.
MY BROTHER PASSED AWAY AT AGE 58 OF A
MASSIVE CORONARY AND HE WAS NOT OVERWEIGHT.

WE PRAY YOU WILL HAVE COMPASSION,
IF NOT FOR OUR SON, FOR OUR GRANDCHILD.
SHE LOVES HER DAD AS MUCH AS WE DO.

HE HAS BEEN IN JAIL, HE HAS LOST
HIS FUTURE IN TEACHING AND HE HAS
DEVASTATED HIS PARENTS.

ALL OF THOSE WEEKS, VISITING GARRY IN
JAIL WAS LIKE HAVING A NIGHTMARE YOU
COULD NOT WAKE UP FROM.

THANK YOU FOR TAKING THE TIME TO
READ THIS LETTER.

SINCERELY,
VICTOR & ANITA LEFTON

**FREDERICK W. HOLDER**
**4936 S.W. 90th Terrace**
**Cooper City, Florida 33328**

July 16, 2001

Honorable William P. Dimitrouleas
Federal Court Judge
United States District Court
Southern District of Florida
299 E. Broward Boulevard
Fort Lauderdale, Florida 33301

　　　　Re:　　Garry Lefton

Dear Judge Dimitrouleas:

I have known Garry Lefton for almost 15 years. I am owner of a cash business and Garry has worked for me off and on for 12 years. I have also entrusted Garry with handling the banking, paying of bills and day to day paperwork while I am on vacation each year. I have always found Garry to be honest and hardworking.

I have coached youth sports over 12 years and am First Vice President of Cooper City Optimist, the largest Optimist Club in South Florida. I consider myself a good judge of character and would have no reservation about Garry being around children or working with children.

I feel that while Garry may be guilty of a very serious lapse in judgment and stupidity, he is not violent or in any way a danger to anyone. I certainly feel that Garry has learned a lesson from this. His career has been ruined. He has suffered financially, as well as emotionally.

His incarceration would not make the world a safer place. He is a single father raising a daughter. He has done a remarkable job raising his daughter the last five years and he is the best thing to happen to her. To incarcerate Garry would be to punish her.

　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　Frederick Holder

FH/er

July 22, 2001

Patricia Barry
Olinda Elementary School
5536 N.W. 21 Avenue
Miami, FL  33142

Dear Honorable Judge Dimitrouleas,

I have known Garry Lefton on a professional basis since 1987.  He has always been a concerned and dedicated educator.  He has gone out of his way to work with several troubled students.  In many instances his involvement was one of the significant contributors to a student's turnaround.

As the union representative he has taken a crucial role in providing support for colleagues facing a variety of issues.  You could always rely on Garry for his full support that was offered in a caring, sincere manner.  His door has always been open for students, parents, teachers, and other school personnel.

Sincerely,

Patricia Barry
Patricia Barry

July 20, 2001

Hesterine Pittman-Rolle
5536 NW 21st Avenue
Miami, FL 33142

Kathleen Grilli
2455 Hollywood Boulevard
Hollywood, Florida 33020


Honorable Judge Dimitrouleas:

I have known Garry Lefton for over 17 years both professionally and personally. We have worked very closely together on many occasions, in different capacities, such as: School Operations Team, School Budget Committee, Student and Faculty United Way Activities, School Improvement Planning Committee, Educational Excellence Council, and Pod-Classroom Teammate.

Mr. Lefton and I often carpooled to work together from Broward to Dade County. We have met each other's family and have attended functions together outside of the school. Mr. Lefton, can always be counted on in a moments notice whenever he was needed.

Garry Lefton was integral part of our faculty and is sorely missed. He was a reliable, caring, helpful, hardworking member of the Olinda Elementary School family. As a teacher, he strived to give his students pride, self-esteem, as well as academic skills to ensure their success. As a father, he devoted his time selflessly to his daughter, always providing her with everything she needed.

It is with pleasure that I write this letter of reference on his behalf. He is a proud man, who has suffered sufficiently for his mistakes. As a colleague and a friend, Garry Lefton is an outstanding person.

Sincerely,

Hesterine Pittman-Rolle

July 20, 2001
18990 Northwest 23rd Place
Pembroke Pines, Florida 33029

Kathleen Grilli
2455 Hollywood Blvd.
Hollywood, FL 33020

Honorble Judge Dimitrouleas:

I am writing this letter of reference on behalf of Mr. Garry Lefton. I have known Mr. Lefton, professionally and personally for the past twelve years.

During this time I have found him to be a true professional. He takes great pride in his work and completes whatever tasks are required of him. Mr. Lefton is a stickler for getting the details correct and many times he remained beyond the scheduled workday to ensure the effective completion of important tasks.

Mr. Lefton is a valued co-worker whose talent and skills made the work environment run smoothly and efficiently. It gives me great pleasure to vouch for his character.

Sincerely,

Yvonne Perry

July 18. 2001

Rebeka Martin
1575 Lenox Avenue
Apartment 5
Miami Beach, FL 33139

Kathleen Grilli
2455 Hollywood Boulevard
Hollywood, FL 33020

Honorable Judge Dimitrouleas:

It is with great pleasure that I write this letter of reference on behalf of Mr. Garry
Lefton. We have known each other professionally, as well as personally for the
past seven years.

Professionally, Mr. Lefton always performed his duties in an efficient and
effective manner. He consistently provided co-workers with strategies to improve
instruction, assisted in all areas of running a school and taught students many
skills essential to academic success.

Personally, Mr. Lefton has been a wonderful friend. He is dependable, loyal and
trustworthy. Mr. Lefton is very resourceful and always willing to help in any
situation.

As a valuable friend and co-worker. I have no hesitation in vouching for his
character.

Sincerely.

Rebeka Martin

July 20, 2001

Barbara Jackson
5536 NW 21st Avenue
Miami, FL 33142

Kathleen Grilli
2455 Hollywood Boulevard
Hollywood, Florida 33020

Honorable Judge Dimitrouleas:

I have known Garry Lefton for fifteen years. During that time, he has built self-esteem in all of our students at Olinda Elementary, an inner city school in Miami-Dade County. He has indeed been their mentor!

Garry has taught all of our students the importance of working toward and obtaining a quality education. His efforts, as well as his innovative strategies of instruction have helped many students attain academic success.

As an African-American educator for thirty-three years, Garry Lefton has shown to me personally and professionally that there is no discrimination in his heart when it comes to his students or friends.

It is with pleasure that I vouch for Garry Lefton's outstanding character.

Sincerely,

Barbara Jackson
First Grade Teacher

# Daniel E. McMurtrie

### 1700 North 55 Avenue
### Hollywood, Fl. 33021-3934
### 954-963-6086
### dashco@earthlink.net

**17 July 2001**

**To Whom It May Concern:**

I am writing this letter on be-half of my friend Garry Lefton. He has been an acquaintance of mine for the last fifteen years. I am proud to call him my friend. To my knowledge, he has always been a strong family man and proud to be a teacher.

Working in the tougher schools, Garry has said, "these are the kids that need the most help and I like doing the job." More then once, I have seen him come home from work tired but satisfied. As a Job Coach here in the Broward County School System, I can appreciate the effort that Garry puts forth. He has been working hard for these students for the last twenty years and their success is a big part of his life. His job is highly stressful; however, a child that becomes a success is worth the effort.

Garry is the first to stand up to help his friends when they are down. He is hard working, a dedicated father, and a valuable asset to the community. I know these are only words on a paper and they can not express my strong feelings about my good friend Garry. Should you need to talk to me, feel free to contact me in person.

Thank you for your time and consideration in this matter.

Sincerely yours,


Daniel E. Mc Murtrie