**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6345-dl   DATE: August 3, 2001

COURTROOM CLERK: ~~Karen A. Carlton~~ Amy Jordan   COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  vs. Gary Todd Lefton

U.S. ATTORNEY: Kathleen Rice   DEFT. COUNSEL: Kathleen Grilli

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Motion for downward departure denied as to defense of sleep apnea; granted as to credit for time served in state custody. Defendant sentenced to 24 months imprisonment; 3 years Supervised Release; $100.00 Special Assessment; Fine waived; Special Conditions: ① Cannot buy, sell, produce any visual depictions of pornography ② No Computer or phone with anyone on grounds of pornography

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: ③ no Computer with on-line access ④ mental health evaluation/treatment. 10 days w/in to Appeal.

33