PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66743

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6345-CR-01-WPD

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

FILED by ___ D.C.  
INTAKE  
AUG 15 2002  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

Name of Offender: Garry Todd Lefton

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge, U. S. District Court, Fort Lauderdale

Date of Original Sentence: August 3, 2002

| | |
|---|---|
| Original Offense: | Count Three: Knowingly Possessed a Computer and Other Material that Contained Three or More Images of Child Pornography; Transported and Shipped In Interstate and Foreign Commerce in violation of Title 18 U.S.C. § 2252(a)(5)(B). |
| Original Sentence: | Twenty four (24) months Bureau of Prisons followed by three (3) years supervised release, with the following special conditions: 1) The defendant shall not buy, sell, exchange, possess, trade or produce visual depictions of minors or adults engaged in sexually explicit conduct.  Further, the defendant shall not correspond or communicate in person, by mail, telephone or computer with individuals or companies offering to buy, sell, trade exchange, or produce visual depictions of minors or adults engaged in sexually explicit conduct; 2) The defendant shall not possess or use a computer with access to any on-line computer service at any location (including employment), without the prior approval of the U.S. Probation Officer.  This includes any Internet service provider, bulletin board system or any other public or private computer network; and 3) The defendant shall participate in an approved treatment program for mental health/substance abuse as directed by the U. S. Probation Officer.  Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U. S. Probation Officer, based on ability to pay or availability of third party payment.  He was also assessed $100. |

Type of Supervision: Supervised Release    Date Supervision Commenced: Offender is still in custody of the Bureau of Prisons

---

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66743

NAME OF OFFENDER: GARY LEFTON     CASE NO. 00-6345-CR-01-WPD

**The defendant shall participate in a sex offender program to include psychological testing and polygraph examination. Participation may include inpatient/outpatient treatment if deemed necessary.**

## CAUSE

This officer consulted U. S. Probation Officer Mental Health Specialist Patricia Brenson, regarding the Offender's treatment upon release from incarceration. She informed this officer, that he would be participating in mandatory polygraph examinations, therefore, his mental health condition should include that, as well as the sex offender program and psychological testing. Should the Court have any comments, please contact the undersigned.

Respectfully submitted,

by Ann M. Roman  
U.S. Probation Officer  
Phone: 954-769-5509  
Date: August 13, 2002

Approved by: Carolyn M. Gamble, Supervising U. S. Probation Officer

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

August 15, 2002  
Date